# United States District Court

## EASTERN DISTRICT OF WISCONSIN

### JUDGMENT IN A CIVIL CASE

**FRANKIE KADIA,**

        Plaintiff,

      V.                                CASE NUMBER: **05-C-1239**

**PAMELA SANDBERG,**
**DENISE MURPHY,**
**MELANIE CHARS, and**
**LAKEVIEW NEUROREHAB CENTER D/B/A,**

        Defendants.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came on for consideration and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED **that the defendants' motion to dismiss for failure to prosecute is GRANTED.**

**This action is hereby DISMISSED WITHOUT PREJUDICE.**

| | |
|---|---|
|     **January 19, 2007** | |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |